**Marcello B. PARKS, Sr., Petitioner–Appellant,**

v.

**Patricia R. STANSBERRY, Warden, Respondent–Appellee.**

**No. 11–7282.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 2, 2012.

Marcello Brian Parks, Sr., Appellant Pro Se. Yiris E. Cornwall, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcello Brian Parks, Sr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parks v. Stansberry*, No. 1:10–cv–01217–LMB–TCB, 2011 WL 3895298 (E.D.Va. Sept. 2, 2011). We deny Parks' motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*